NICHOLSON v. DEAVER. In re RAWLINS MERCANTILE CO. (Circuit Court of Appeals, Fifth Circuit. November 13, 1918.) No. 3260. Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. In the matter of the Rawlins Mercantile Company, bankrupt. On petition for review by B. S. Deaver, trustee, findings of referee in favor of J. S. Nicholson, intervening claimant, were reversed (251 Fed. 164), and said claimant appeals. Affirmed. Charles Akerman, of Macon, Ga., for appellant. George S. Jones and Orville A. Park, both of

Macon, Ga., **for** appellee. Before PARDEE, WALKER, and BATTS, Circuit Judges.

PARDEE, Circuit Judge. In this case the trial judge filed a written opinion, found in the transcript, fully stating the facts and issues of the case. with his findings and conclusions of law. Considering the same in the light of the assignments of error, we find none of the errors assigned is well taken, and the judgment should be affirmed; and it is so ordered.